240009

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-551 PAM/SRN **Case Title:** Winthrop Resources Corporation v. North American Lighting, Inc.

**Affidavit of Movant**

I, Terrance J. Wagener an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Gary Vist, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant North American Lighting, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] Signature — 213676 MN Attorney License # — 4/20/01 Date

**Affidavit of Proposed Admittee**

I, Gary Vist, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Gary Vist
Type/Print Name

[signature] Signature — 4/6/01 Date

Attorney License Number: 06270967

Law Firm Name & Address: Masuda, Funai, Eifert & Mitchell, Ltd.
One East Wacker Drive, Suite 3200
Chicago, Illinois 60601-2002

Telephone: (312) 245-7500

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

APR 25 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED APR 25 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______