UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Winthrop Resources Corporation,

Plaintiff,

v.

North American Lighting, Inc.,

Defendant.

Court File No.01-551 PAM/SRN

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The undersigned, by and through their respective counsel, hereby consent and stipulate to the following modification of the Court's August 24, 2001, Pretrial Scheduling Order:

1. Discovery shall be commenced in time to be completed by April 1, 2002.

**KELLY & BERENS, P.A.**

Ms. Erin Kay Fogarty Lisle
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2219

**KRASS MONROE, P.A.**

Terrance J. Wagener #213676
Krass Monroe, P.A.
1650 West 82nd Street, Suite 1100
Minneapolis, MN 55431
Telephone: 952-885-5999

FEB 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that the parties shall have until April 1, 2002, to complete discovery in this matter.

Dated: February 8, 2002.

Susan Richard Nelson
United States Magistrate Judge
Susan Richard Nelson
No further extension will be granted

G:\WPDATA\M\MASUDA\STIP ORDER TO AMEND SCHEDULE ORDER.DOC